## LONG v. STATE.
### No. 18161.

Court of Criminal Appeals of Texas.
April 8, 1936.

Gray Browne, of Abilene, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for rape; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

MORROW, P. J., absent.